ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No.12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc, Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-23CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-23CB,<br><br>Plaintiff,<br><br>vs.<br><br>THE VININGS HOMEOWNERS ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC, SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01804-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>[FIRST REQUEST] |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc, Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB (**BoNYM**), Red Rock Financial Services, LLC (**Red Rock**), and SFR Investments Pool 1, LLC[1] (**SFR**) by and through their respective counsel of record, and hereby jointly submit this Stipulation and Order to Extend Discovery Deadlines (First Request) pursuant to

---

[1] The Vinings Homeowners Association has not appeared in the case. ECF No. 25.

1

44581522;1

LR IA 6-1 and LR 26-4. This is the first stipulation to extend the discovery deadlines set by the Scheduling Order (ECF No. 28) entered by the Court on November 1, 2017.

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

### 1. Rule 26 Disclosures

BoNYM served its Initial Disclosures on November 6, 2017.

BoNYM served its First Supplement to Initial Disclosures on November 14, 2017.

SFR served its Initial Disclosures on December 7, 2017.

Red Rock served its Initial Disclosures on December 11, 2017.

BoNYM served its Second Supplement to Initial Disclosures on December 28, 2017.

BoNYM served its Initial Expert Disclosures on February 22, 2018.

### 2. Written Discovery

BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to Red Rock on November 7, 2017.

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to SFR on November 10, 2017.

Red Rock served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on December 11, 2017.

SFR served its responses to requests for admission, responses to requests for production of documents, and answers to interrogatories on December 14, 2017.

SFR served its first set of requests for admission, requests for production, and interrogatories to BoNYM on March 12, 2018.

BoNYM served a Subpoena Duces Tecum upon the HOA.

BoNYM served a Subpoena Duces Tecum upon the Noesis Estate Management.

### 3. Depositions

BoNYM attempted to depose the 30(b)(6) witness for The Vining Homeowners Association on January 18, 2018, the witness did not appear.

BoNYM deposed Julia Thompson 30(b)(6) witness for Red Rock on January 18, 2018.

2

44581522;1

1  SFR noticed the deposition of BoNYM for April 2, 2018.

**B.     STATEMENT OF DISCOVERY REMAINING TO BE COMPLETED**

SFR's deposition of BoNYM, BoNYM's responses to SFR's written discovery and BoNYM's deposition of the HOA. The parties reserve the right to conduct any additional discovery.

**C.     REASONS WHY AN EXTENSION IS REQUIRED**

The parties request an extension of discovery to accommodate the scheduling of SFR's deposition of BoNYM. Given counsel and witness availability, the parties anticipate scheduling BoNYM's deposition in late April or early May 2018.

**D.     PROPOSED SCHEDULE FOR ALL REMAINING DISCOVERY**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off: | April 23, 2018 | **May 30, 2018** |
| Dispositive Motions Deadline: | May 23, 2018 | **June 29, 2018** |
| Pretrial Order Deadline: | June 22, 2018 | **July 30, 2018** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

44581522;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. **D.** **CURRENT TRIAL DATE**

The court **has not** yet set a trial date.

Based on the foregoing, the parties respectfully request the court extend the remaining discovery deadlines as requested above.

The parties make this request in good faith and believe good cause exists for extending these deadlines.

Dated: March 30, 2018

| **AKERMAN LLP** | **KOCH & SCOW, LLC** |
|---|---|
| */s/ Tenesa S. Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee For The Certificateholders of The CWALT, Inc, Alternative Loan Trust 2006-23CB, Mortgage Pass-Through Certificates, Series 2006-23CB* | */s/ Steven B. Scow* <br> STEVEN B SCOW, ESQ. <br> Nevada Bar No. <br> 11500 S. Eastern Ave., Ste 210 <br> Henderson, NV 89052 <br> *Attorney for Red Rock Financial Services* |
| **KIM GILBERT EBRON** <br><br> */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 4, 2018

4

44581522;1