UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>THE VININGS HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:17-CV-1804 JCM (CWH)<br><br>ORDER |

　　　　Presently before the court is the matter of *Bank of New York Mellon v. The Vinings Homeowners Association et al.*, case number 2:17-cv-01804-JCM-CWH. Bank of New York Mellon asserts that attorney Tenesa S. Powell is no longer associated with Akerman LLP, which continues to represent the bank. (ECF No. 70). Accordingly, it requests that Ms. Powell be removed from the electronic service list. *Id.*

　　　　Because Ms. Powell is no longer associated with Akerman LLP, Bank of New York Mellon's motion is granted. Ms. Powell is hereby removed from the electronic service list. Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Bank of New York Mellon's motion to remove attorney from electronic service list (ECF No. 70) be, and the same hereby is, GRANTED.

　　　　IT IS FURTHER ORDERED that Tenesa S. Powell be, and the same hereby is, REMOVED from the electronic service list.

　　　　DATED July 20, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**